# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

Registration Number

## VA 2-031-727

Effective Date of Registration:
March 02, 2017

## Title

| | |
|---|---|
| Title of Work: | Piske & Usagi |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | March 13, 2015 |
| Nation of 1st Publication: | Japan |

## Author

| | |
|---|---|
| • Pseudonym: | kanahei |
| Author Created: | 2-D artwork |
| Citizen of: | Japan |
| Year Born: | 1985 |
| Pseudonymous: | Yes |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | kanahei |
| | 4F Daichi Bldg., 1-4-43, Miyanishi,, Matsuyama-shi, Ehime,, 790-0065, Japan |

## Certification

| | |
|---|---|
| Name: | Jeffrey H. Greger |
| Date: | March 02, 2017 |
| Applicant's Tracking Number: | 4749-C121 |

| | |
|---|---|
| Correspondence: | Yes |